O'BRIEN, BELLAND & BUSHINSKY, LLC
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
*Attorneys for Plaintiff(s)*
By: Mark E. Belland, Esquire
Steven J. Bushinsky, Esquire

| | |
|---|---|
| INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711, etc., et al, | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff(s), | Civil Action No. 11-07577 (DRD-MAS) |
| v. | |
| GSS INDUSTRIES, LLC, | DEFAULT JUDGMENT |
| Defendant. | |

This matter having come before the Court on plaintiffs' request for a default judgment, it is on this ___6th___ day of ___May___ 2013, **ORDERED and ADJUDGED** as follows:

1. Defendant, GSS Industries, LLC, shall, within __20__ days of the date of this Order, submit to a payroll audit by producing all necessary payroll information to the plaintiff Funds;

2. Upon completion of audit, Plaintiffs shall advise Defendant of the amount found to be due and owing, including contributions as well as interest and liquidated damages pursuant to 29 U.S.C. §1132(g); and

3. Within ten (10) days of receiving the results of the audit, Defendant shall remit to Plaintiffs all amounts due and owing to Plaintiffs thereunder.

4. Should Defendant fail to remit the payment due pursuant to the payroll audit, Plaintiffs shall submit a petition to this Court for Judgment to be entered against

Defendant for all contributions, interest and liquidated damages then due and owing, together with an application for fees and costs.

                                                                     */s/ William R. Debevoise*
                                            DICKINSON R. DEBEVOISE, U. S. D. C. J.